### COMMONWEALTH *v.* BARRY GEE.

[Abstract Kentucky Law Reporter, Vol. 1—281.]

**Criminal Law—Concealed Weapons.**
> Where in an indictment it is charged that one is guilty of "carrying concealed a deadly ———," the omission of the word "weapon" will not render the indictment bad. The context unmistakably indicates the word omitted, and enables the court to supply it with certainty.

### APPEAL FROM MONROE CRIMINAL COURT.

September 8, 1880.

OPINION BY JUDGE COFER:

The omission of the word "weapon" did not render the indictment bad. It is alleged that the offense charged was committed by carrying concealed upon and about his person a deadly weapon. This was sufficient for all purposes. Besides this, the word "weapon" should be supplied. The words, "the offense of carrying concealed a deadly ———," unmistakably indicate the omitted word, and enable the court to supply it with absolute certainty.

Wherefore the judgment is *reversed* and the cause remanded with directions to overrule the demurrer.

*P. W. Hardin, for appellant.*